UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:02-cr-00121-SEB-TAB |
| PAUL NEWTON, | ) ) -01 ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L Pryor's Report and Recommendation that Paul Newton's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of fifteen (15) months in the custody of the Attorney General or his designee, with no supervised release to follow. The Court makes a recommendation of placement at the closest medical facility to Indianapolis, Indiana. The Defendant is to be taken into custody immediately.

**SO ORDERED.**

Date: _____10/4/2018_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation
United States Marshal Service